```
___ FILED        ___ RECEIVED
___ ENTERED      ___ SERVED ON
              COUNSEL/PARTIES OF RECORD

           JUN 1 ?

       CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
BY:_____ DEPUTY
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-CR-_212_ |
| Plaintiff, | |
| vs. | ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR STEVEN DEAN GORDON |
| STEVEN DEAN GORDON, | |
| Defendant. | |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefor,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **STEVEN DEAN GORDON**, 2703163, before the United States Magistrate Judge at Las Vegas, Nevada, on or about **I/A & A&P Thur: 7/12/12 3:00 PM  RJJ  3D**., for Initial Appearance and Arraignment and Plea, and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: July 12, 2012

_____
UNITED STATES MAGISTRATE JUDGE



DANIEL G. BOGDEN
United States Attorney
NANCY KOPPE
Assistant United States Attorney
333 Las Vegas Blvd., S., Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN DEAN GORDON,<br><br>Defendant. | 2:12-cr- 212<br><br>PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR STEVEN DEAN GORDON |

The petition of the United States Attorney for the District of Nevada respectfully shows that **STEVEN DEAN GORDON**, 2703163, is committed by due process of law in the custody of the Warden, Orange County Jail, Santa Ana, CA, that said Warden has consented to the temporary release of the said **STEVEN DEAN GORDON** pursuant to a Writ of Habeas Corpus Ad Prosequendum so that the said **STEVEN DEAN GORDON** may be present before the United States Magistrate Judge for the District of Nevada, at Las Vegas, Nevada, on  I/A & A/P Thur: 7/12/12  3:00 PM  RJJ  3D  , for Initial Appearance and Arraignment and Plea, and any further proceedings, and from time to time and day to day thereafter until excused by the said Court.

That the presence of the said **STEVEN DEAN GORDON** before the United States Magistrate Judge on or about  I/A & A/P Thur: 7/12/12  3:00 PM  RJJ  3D  , and any further

proceedings and from time to time and day to day thereafter until excused by the Court has been ordered by the United States Magistrate or District Judge for the District of Nevada.

WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directed to the Warden, Orange County Jail and to the United States Marshal for the District of Nevada, commanding them to produce the said **STEVEN DEAN GORDON** before the United States District Court on or about _____ I/A & A/P Thur: 7/12/12  3:00 PM  RJJ  3D \_\_\_, and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, to appear before the Court, and when excused by the said Court, to be returned to the custody of the Warden, Orange County Jail, Santa Ana, CA.

**DATED** this 12th day of June 2012.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/ Nancy Koppe
NANCY KOPPE
Assistant United States Attorney

2